IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID SIMS                                                                                          PLAINTIFF

v.                                    Case No. 6:19-cv-06034

JASON WATSON, *et al*.                                                                      DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed on May 9, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Ford recommends that this matter be dismissed without prejudice for failure to state a claim. Judge Ford also recommends that the Clerk of Court be directed to place a 28 U.S.C. § 1915(g) strike flag on the case because the dismissal of this case would constitute a strike under § 1915(g). Plaintiff filed timely objections. ECF No. 13. However, those objections are not specific and do not otherwise call into question Judge Ford's findings and conclusions. Accordingly, upon review, the Court overrules Plaintiff's objections and adopts Judge Ford's Report and Recommendation *in toto*. Therefore, this matter is **DISMISSED WITHOUT PREJUDICE**. Further, the Clerk of Court is directed to place a 28 U.S.C. § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 18th day of June, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge